O

CLOSED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE CAP ACCUMULATION TRUST, a Delaware statutory trust, | ) ) ) | Case No. CV 08-04316 DDP (RZx) |
| | ) | **DEFAULT JUDGMENT ON COMPLAINT** |
| Plaintiff, | ) ) | [DKT No. 86] |
| v. | ) ) | |
| LIGHTHOUSE INSURANCE MARKETING, INC., a California corporation; NEW LIFE INSURANCE SERVICES, INC., formerly known as PROLINKS INSURANCE SERVICES, INC., a California corporation; CAPITAL 10 GLOBAL, INC., a California corporation; RAZMIK KHACHATOURIANS, an individual; TIGRAN KHRLOBIAN, an individual, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

This Court previously entered the defaults of defendants

Lighthouse Insurance Marketing, Inc., New Life Insurance Services,

Inc., formerly known as Prolinks Insurance Services, Inc., Capital

10 Global, Inc., Razmik Khachatourians and Tigran Khrlobian (collectively "Defendants"), and each of them, on the Complaint by plaintiff The CAP Accumulation Trust as follows:

1. The default of defendant Lighthouse Insurance Marketing, Inc. on the Complaint was entered on September 9, 2008;

2. The default of defendant New Life Insurance Services, Inc., formerly known as Prolinks Insurance Services, Inc. on the Complaint was entered on September 9, 2008;

3. The default of defendant Tigran Khrlobian on the Complaint was entered on August 3, 2009;

4. The default of defendant Razmik Khachatourians on the Complaint was entered on August 7, 2009; and

5. The default of defendant Capital 10 Global, Inc., on the Complaint was entered on February 4, 2011.

On December 9, 2013, this Court granted the unopposed motion by plaintiff The CAP Accumulation Trust for the entry of a default judgment against Defendants on the Complaint.  Good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1

2         Judgment is hereby entered in favor of plaintiff The CAP

3     Accumulation Trust and against defendants Lighthouse Insurance

4     Marketing, Inc., New Life Insurance Services, Inc., formerly known as

5     Prolinks Insurance Services, Inc., Capital 10 Global, Inc., Razmik

6     Khachatourians and Tigran Khrlobian, jointly and severally, in the

      amount of $10,601,241.60.
7

8
          IT IS SO ORDERED.
9

10

11        Dated: February 10, 2014

12                                          DEAN D. PREGERSON

13                                          United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3